**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

___

| | |
|---|---|
| CHARLIE PRIEFER, | Civil No. 09-0670 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| GLOBAL CREDIT AND COLLECTION CORPORATION, JANE DOE AND JOHN DOE, | |
| Defendants. | |

___

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC**, 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402**,** for defendant Global Credit & Collection Corporation.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on August 25, 2009 [Docket No. 6], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 26, 2009
at Minneapolis, Minnesota.

                                                             s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                      United States District Judge